UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAFIKI PARTNERS, LLC,

        Plaintiff,

vs.                                        CASE NO. 3:07-cv-681-J-25TEM

HOME ENVIRONMENT TECHNOLOGY,
LLC,

        Defendant.

_____

## ORDER

This case is before the Court on the Joint Motion for Protective Order (Doc. #9, Joint Motion), filed November 15, 2007. Authorized signatures of counsel for both parties are in fact affixed to the Joint Motion and to the attached proposed Agreed Protective Order. Pursuant to Rule 26(c), Federal Rules of Civil Procedure, the Court finds good cause for the entry of the protective order and confidentiality agreement submitted with the motion.

A review of the pleadings in the file indicates:

1. This is an action for breach of contract, invoking the Court's diversity jurisdiction and seeking monetary damages.

2. It will be necessary for the parties to make discovery and take depositions involving sensitive and confidential information, proprietary information, private health-related information and data, and non-public financial information and data, the public disclosure of which could harm one or both parties, or third parties.

3. The parties' interest in an orderly and expeditious resolution of this matter on its merits would appear to outweigh any societal interest in disclosure of discovery materials that would be subject to the protective order.

4. Therefore, entry of the proposed Protective Order is appropriate to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection. *See McCarthy v. Barnett Bank of Polk County*, 876 F.2d 89, 91 (11th Cir. 1989); *In re Alexander Grant & Co. Litigation*, 820 F.2d 352, 356 (11th Cir. 1987).

Accordingly, upon due consideration it is hereby

**ORDERED:**

1. The Joint Motion for Protective Order (Doc. #9) is **GRANTED**.

2. The proposed Agreed Protective Order, which may be found docketed along with the instant motion as docket entry #9, is incorporated herein as it pertains to sensitive and confidential information, proprietary information and all private and non-public information and data, and entered as the Court's Order pursuant to Rule 26(c), Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of November, 2007.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Counsel of Record
*Pro Se* Parties, if any